**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Jung | Social Security number or ITIN   xxx–xx–7720 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of Virginia

Case number:    25–35135–KLP

## Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Jung

April 6, 2026

**For the court:**    Charri S Stewart
Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318        **Discharge of Debtor**        page 2

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-35135-KLP |
| David Jung | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2026 | Form ID: 318 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Jung, 109 Perry St Apt 8, Petersburg, VA 23803-4149 |
| 16919995 | + | 1st Franklin, 637 Southpark Blvd, Colonial Heights, VA 23834-3617 |
| 16920003 | + | Perry Street, 109 Perry St, Petersburg, VA 23803-4136 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJJWEST | Apr 08 2026 04:49:00 | Jennifer J. West, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 16919996 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 08 2026 01:08:39 | Affirm Inc, Po box 720, San Francisco, CA 94104-0720 |
| 16919997 | ^ | MEBN | Apr 08 2026 00:59:40 | Cornerstone, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 16919998 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2026 01:08:56 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16919999 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 08 2026 01:02:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103-0000 |
| 16920000 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 08 2026 01:02:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16991818 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 08 2026 01:03:00 | Nelnet, PO Box 82561, Richmond VA 68501-2561 |
| 16991817 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 08 2026 01:03:00 | Nelnet, PO Box 82505, Lincoln, NE 68501-2505 |
| 16919994 | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Apr 08 2026 01:03:00 | Office of the US Trustee, 701 E. Broad Street, Ste 4304, Richmond, VA 23219-1885 |
| 16920001 | + | Email/Text: bankruptcy@peoplesadvfcu.org | Apr 08 2026 01:02:00 | Pafcu, Attn: Bankruptcy, Po Box 3180, Petersburg, VA 23805-3180 |
| 16920002 | + | Email/Text: bankruptcy@peoplesadvfcu.org | Apr 08 2026 01:02:00 | Peoples Advantage Credit Union, 2801 Conduit Rd, Colonial Heights, VA 23834-2971 |
| 16921429 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 08 2026 01:02:00 | U.S. Attorney, 919 East Main Street, Suite 1900, Richmond, VA 23219-4622 |
| 16920004 | + | EDI: VERIZONCOMB.COM | Apr 08 2026 04:49:00 | Verizon Wireless, Bankruptcy Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 13

District/off: 0422-7                               User: admin                               Page 2 of 2

Date Rcvd: Apr 07, 2026                            Form ID: 318                              Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ellen P. Ray | on behalf of Debtor David Jung ellenray@earthlink.net mainstlaw@gmail.com;r57923@notify.bestcase.com;ellenray@earthlink.com |
| Jason Meyer Krumbein | on behalf of Plaintiff David Jung jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email |
| Jennifer J. West | jjw_trustee@spottsfain.com  jjw@trustesolutions.net |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 4